UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MIRELA USELMANN, *et al.*,

                  Plaintiffs,

                                        Case No. 19-13652

v.                                U.S. DISTRICT COURT JUDGE
                                        GERSHWIN A. DRAIN

RAZVAN POP, *et al.*,

                  Defendants.

_____/


## **JUDGMENT**

      In accordance with this Court's opinion and order entered on this date and the parties' Stipulated Pre-Trial Order, judgment is hereby entered in favor of Plaintiffs and against Defendants in the amount of $10,463,386.50.

      SO ORDERED.

Dated: April 30, 2025                  /s/Gershwin A. Drain
                                          GERSHWIN A. DRAIN
                                          United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 30, 2025, by electronic and/or ordinary mail.
<u>/s/ Marlena Williams</u>
Case Manager